UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Dale R. Ludwick, on behalf of Herself and All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 15-00011-CV-W-DGK ) |
| Harbinger Group, Inc., Fidelity & Guaranty Life Insurance Company, Raven Reinsurance Company, and Front Street Re (Cayman) Ltd., | ) ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE OF DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Local Rule 26.4, Defendants, by and through their counsel, hereby certify that on September 4, 2015, they served a copy of Defendants' Responses and Objections to Plaintiff's First Request for Production of Documents via email and U.S. Mail on the following counsel of record for Plaintiff:

Diane A. Nygaard (Mo. Bar No. 47240)
KENNER NYGAARD DEMAREA
KENDALL, LLC
117 West 20th Street, Suite 201
Kansas City, MO 64108
Tel: (816) 531-3100
Fax: (816) 531-3600
diane@kndklaw.com

Charles J. Crueger
Erin K. Dickinson
HANSEN REYNOLDS DICKINSON
CRUEGER, LLC
316 North Milwaukee Street, Suite 200
Milwaukee, WI 53202
Tel: (414) 273-8474
Fax: (414) 273-8476
ccrueger@hrdclaw.com
edickinson@hrdclaw.com

-and-                                         -and-

Andrew S. Friedman
Francis J. Balint, Jr.
BONNETT FAIRBORN FRIEDMAN
& BALINT, PC
2325 East Camelback Street, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
afriedman@bffb.com
fbalint@bffb.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

Dated: September 4, 2015

Respectfully submitted,

By: *J. Michael Vaughan*
J. Michael Vaughan (Mo. Bar No. 24989)
WALTERS BENDER STROHBEHN &
VAUGHAN, P.C.
1100 Main, Suite 2500
City Center Square
Kansas City, MO 64105
Tel: (816) 421-6620, Ext. 248
Fax: (816) 421-4747
mvaughan@wbsvlaw.com

-and-

Frank A. Taylor   (Minn. Bar No. 0206155)
Julie H. Firestone (Minn. Bar No. 029083x)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: (612) 977-8445
Fax: (612) 977-8650
ftaylor@briggs.com
jfirestone@briggs.com

-and-

2

Maeve O'Connor (N.Y. Bar No. 3008109)
Olga Kaplan Buland (N.Y. Bar No. 4783551)
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
mloconno@debevoise.com
okbuland@debevoise.com

*Attorneys for Defendants Harbinger Group, Inc., Fidelity & Guaranty Life Insurance Company, Raven Reinsurance Company, and Front Street Re (Cayman) Ltd.*


-and-


S. Gale Dick (N.Y. Bar No. 2986560)
Mark Spatz (N.Y. Bar No. 4180303)
Julie A. Keersmaekers (N.Y. Bar No. 5083837)
COHEN & GRESSER, LLP
800 Third Avenue
New York, NY 10022
Tel:  (212) 707-7263
Fax: (212) 9574514
sgdick@cohengresser.com
mspatz@cohengresser.com
jkeersmaekers@cohengresser.com

*Attorneys for Defendants Harbinger Group, Inc. and Front Street Re (Cayman) Ltd.*

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on this the 4th day of September 2015, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

                                                       /s/ *J. Michael Vaughan*