UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Dale R. Ludwick, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-00011-CV-W-DGK |
| | ) |
| Harbinger Group, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered the Motion for Leave to Withdraw (Doc. 46), it is hereby ORDERED that the motion is granted. Attorneys Frank Taylor and Julie Firestone are withdrawn as counsel for Defendants Harbinger Group, Inc., and Front Street Re (Cayman), Ltd.

        /s/ Greg Kays
       GREG KAYS, CHIEF JUDGE
       UNITED STATES DISTRICT COURT

Dated: September 15, 2015