UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DALE R. LUDWICK, on behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HARBINGER GROUP, INC., FIDELITY & GUARANTY LIFE INSURANCE COMPANY, RAVEN REINSURANCE COMPANY, and FRONT STREET RE (CAYMAN), LTD.,<br><br>    Defendants. | Case No.: 15-00011-CV-W-DGK |

## STIPULATION REGARDING ELECTRONIC SERVICE

Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff Dale R. Ludwick and Defendants Harbinger Group, Inc., Fidelity & Guaranty Life Insurance Company, Raven Reinsurance Company, and Front Street Re (Cayman), Ltd. (collectively the "Parties"), as follows:

    1.    Service of documents filed through the Court's ECF system shall be governed by by Fed. R. Civ. P. 5(b)(3) and Local Rule 5.1.

    2.    For all documents not filed through the Court's ECF system, including but not limited to discovery, correspondence, and other litigation-related materials, the Parties have agreed to accept electronic service of all such documents and materials for the duration of this case. Service will be effective upon the transmission of the email unless the serving Party learns it did not reach the person to be served.

    3.    Plaintiff agrees to accept electronic service if sent to all of the following electronic notification addresses on the day of service:

        a.    afriedman@bffb.com

    b.  fbalint@bffb.com

    c.  kpage@bffb.com

    d.  rcreech@bffb.com

    e.  paquilino@bffb.com

    f.  sean@hbsslaw.com

    g.  ivy@hbsslaw.com

    h.  edickinson@hrdclaw.com

    i.  ccrueger@hrdclaw.com

    j.  diane@kndklaw.com

  4.  Defendants Harbinger Group, Inc. and Front Street Re (Cayman), Ltd. agree to accept electronic service if sent to all of the following electronic notification addresses on the day of service:

    a.  SGDick@CohenGresser.com

    b.  MSpatz@CohenGresser.com

    c.  JKeersmaekers@CohenGresser.com

    d.  mloconnor@debevoise.com

    e.  okbuland@debevoise.com

    f.  jlschaeffer@debevoise.com

    g.  mvaughan@wbsvlaw.com

    h.  jstenson@wbsvlaw.com

  5.  Defendants Fidelity & Guaranty Life Insurance Company, and Raven Reinsurance Company agree to accept electronic service if sent to all of the following electronic notification addresses on the day of service:

    a.  mloconnor@debevoise.com

    b.  okbuland@debevoise.com

    c.  jlschaeffer@debevoise.com

    d.  FTaylor@Briggs.com

e. JFirestone@Briggs.com

f. mvaughan@wbsvlaw.com

g. jstenson@wbsvlaw.com

IT IS SO STIPULATED.

DATED: November 4, 2015

| | |
|---|---|
| By : s/ Andrew S. Friedman<br>Andrew S. Friedman<br>Francis J. Balint, Jr.<br>BONNETT FAIRBORN FRIEDMAN & BALINT, PC<br>2325 East Camelback Street<br>Suite 300<br>Phoenix, AZ 85016<br>Tel: 602-274-1100<br>Fax: 602-274-1199<br>afriedman@bffb.com<br>fbalint@bffb.com | By: s/ Maeve O'Connor<br>Maeve O'Connor (NY Bar No. 3008109)<br>Olga Kaplan Buland (NY Bar No. 4783551)<br>Jarrod L. Schaeffer (NY Bar No. 5170113)<br>DEBEVOISE & PLIMPTON, LLP<br>919 Third Avenue<br>New York, New York 10022<br>Tel: 212-909-6000<br>Fax: 212-909-6836<br>mloconno@debevoise.com<br>okbuland@debevoise.com |
| By: s/ Charles J. Crueger<br>Charles J. Crueger<br>Erin K. Dickinson<br>HANSEN REYNOLDS DICKINSON CRUEGER, LLC<br>316 North Milwaukee Street<br>Suite 200<br>Milwaukee, WI 53202<br>Tel: 414-273-8474<br>Fax: 414-273-8476<br>ccrueger@hrdclaw.com<br>edickinson@hrdclaw.com | By: s/ J. Michael Vaughn<br>J. Michael Vaughan (Mo. Bar No. 24989)<br>WALTERS BENDER STROHBEHN & VAUGHAN, P.C.<br>1100 Main, Suite 2500<br>City Center Square<br>Kansas City, MO 64105<br>Tel: 816-421-6620, Ext. 248<br>Fax: 816-421-4747<br>mvaughan@wbsvlaw.com<br><br>***Attorneys for Defendants Harbinger Group, Inc., Fidelity & Guaranty Life Insurance Company, Raven Reinsurance Company, and Front Street Re (Cayman) Ltd.*** |

| | |
|---|---|
| By: s/ Steve W. Berman<br>Steve W. Berman<br>Sean R. Matt<br>HAGENS BERMAN SOBOL SHAPIRO, LLP<br>1918 Eighth Avenue<br>Suite 3300<br>Seattle, WA 98101<br>Tel: 206-623-7292<br>Fax: 206-623-0594<br>steve@hbsslaw.com | By: s/ S. Gale Dick<br>S. Gale Dick (NY Bar No. 2986560)<br>Mark Spatz (NY Bar No. 4180303)<br>Julie A. Keersmaekers (NY Bar No. 5083837)<br>COHEN & GRESSER, LLP<br>800 Third Avenue<br>New York, NY 10022<br>Tel: 212-707-7263<br>Fax: 212-9574514<br>sgdick@cohengresser.com<br>mspatz@cohengresser.com<br>jkeersmaekers@cohengresser.com<br><br>***Attorneys for Defendants Harbinger Group, Inc., and Front Street Re (Cayman) Ltd.*** |
| By: s/ Diane A. Nygaard<br>Diane A. Nygaard (Mo. Bar No. 47240)<br>KENNER NYGAARD DEMAREA KENDALL, LLC<br>117 West 20th Street, Suite 201<br>Kansas City, MO 64108<br>Tel: 816-531-3100<br>Fax: 816-531-3600<br>diane@kndklaw.com<br><br>***Attorneys for Plaintiff*** | By: s/ Frank A. Taylor<br>Frank A. Taylor (Minn. Bar No. 0206155)<br>Julie H. Firestone (Minn. Bar No. 029083x)<br>BRIGGS AND MORGAN, P.A.<br>2200 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402<br>Tel: 612- 977-8445<br>Fax: 612-977-8650<br>ftaylor@briggs.com<br>jfirestone@briggs.com<br><br>***Attorneys for Defendants Fidelity & Guaranty Life Insurance Company and Raven Reinsurance Company*** |

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing stipulation. In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated: November 4, 2015

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, PC


s/Andrew S. Friedman
    Andrew S. Friedman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 4th day of November 2015, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

        s/ Andrew S. Friedman
        Andrew S. Friedman