# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DALE R. LUDWICK, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 15-00011-CV-W-DGK |
| HARBINGER GROUP, INC., et al., | ) |
| Defendants. | ) |

## ORDER

The Scheduling and Trial Order (Doc. 37) entered July 13, 2015, is hereby amended as follows:

1. This case is scheduled for a twenty-day jury trial commencing at 8:00 a.m. on May 15, 2017, at the United States Courthouse in Kansas City, Missouri.

2. A final pretrial conference in this case will be held at 10:00 a.m. on April 18, 2017, via telephone conference initiated by plaintiff's counsel; the Court's telephone number is 816-512-5602. Lead trial counsel shall participate in this conference.

All remaining deadlines contained in the Scheduling and Trial Order (Doc. 37) remain in all force and effect.

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: November 23, 2015