UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DALE R. LUDWICK, on behalf of Herself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>HARBINGER GROUP, INC., FIDELITY & GUARANTY LIFE INSURANCE COMPANY, RAVEN REINSURANCE COMPANY, and FRONT STREET RE (CAYMAN) LTD.,<br><br>Defendants. | Case No. 15-00011-CV-W-DGK |

**DEFENDANT FIDELITY & GUARANTY LIFE INSURANCE COMPANY'S
CERTIFICATE OF SERVICE**

Pursuant to Local Rule 26.4, Defendant Fidelity & Guaranty Life Insurance Company, by and through its counsel, hereby certify that on December 1, 2015, they served a copy of Fidelity & Guaranty Life Insurance Company's First Set of Interrogatories to Plaintiff, Fidelity & Guaranty Life Insurance Company's First Request for Production of Documents to Plaintiff and Fidelity & Guaranty Life Insurance Company's First Requests for Admissions and Second Set of Interrogatories to Plaintiff via email transmission on the following counsel of record:

| | |
|---|---|
| Diane A. Nygaard (Mo. Bar No. 47240)<br>KENNER NYGAARD DEMAREA KENDALL, LLC<br>117 West 20th Street, Suite 201<br>Kansas City, MO 64108<br>Tel: (816) 531-3100<br>Fax: (816) 531-3600<br>diane@kndklaw.com | Charles J. Crueger<br>Erin K. Dickinson<br>HANSEN REYNOLDS DICKINSON CRUEGER, LLC<br>316 North Milwaukee Street, Suite 200<br>Milwaukee, WI 53202<br>Tel: (414) 273-8474<br>Fax: (414) 273-8476<br>ccrueger@hrdclaw.com<br>edickinson@hrdclaw.com |

| Andrew S. Friedman | Steve W. Berman |
| Francis J. Balint, Jr. | Sean R. Matt |
| BONNETT FAIRBORN FRIEDMAN | HAGENS BERMAN SOBOL |
| & BALINT, PC | SHAPIRO, LLP |
| 2325 East Camelback Street, Suite 300 | 1918 Eighth Avenue, Suite 3300 |
| Phoenix, AZ 85016 | Seattle, WA 98101 |
| Tel: (602) 274-1100 | Tel: (206) 623-7292 |
| Fax: (602) 274-1199 | Fax: (206) 623-0594 |
| afriedman@bffb.com | steve@hbsslaw.com |
| fbalint@bffb.com | sean@hbsslaw.com |

*Attorneys for Plaintiff*

S. Gale Dick (N.Y. Bar No. 2986560)
Mark Spatz (N.Y. Bar No. 4180303)
Julie A. Keersmaekers (N.Y. Bar No. 5083837)
COHEN & GRESSER, LLP
800 Third Avenue
New York, NY 10022
Tel:  (212) 707-7263
Fax: (212) 9574514
sgdick@cohengresser.com
mspatz@cohengresser.com
jkeersmaekers@cohengresser.com

*Attorneys for Defendants Harbinger Group, Inc., and Front Street Re (Cayman) Ltd.*

Dated: December 1, 2015

Respectfully submitted,

| BRIGGS AND MORGAN, P.A. | DEBEVOISE & PLIMPTON, LLP |
|---|---|
| By:   */s/ Frank A. Taylor* | By:   */s/ Maeve O'Connor* |
| Frank A. Taylor (admitted *pro hac vice*) | Maeve O'Connor (admitted *pro hac vice*) |
| Julie H. Firestone (admitted *pro hac vice*) | Olga Kaplan Buland (admitted *pro hac vice*) |
| 2200 IDS Center | 919 Third Avenue |
| 80 South Eighth Street | New York, NY 10022 |
| Minneapolis, MN 55402 | Tel: 212-909-6000 |
| Tel: 612-977-8445 | Fax: 212-909-6836 |
| Fax: 612-977-8650 | mloconno@debevoise.com |
| ftaylor@briggs.com | okbuland@debevoise.com |
| jfirestone@briggs.com | |

WALTERS BENDER STROHBEHN & VAUGHAN, P.C.

By:   */s/ J. Michael Vaughan*
J. Michael Vaughan (Mo. Bar No. 24989)
1100 Main, Suite 2500
City Center Square
Kansas City, MO 64105
Tel: 816-421-6620, Ext. 248
Fax: 816-421-4747
mvaughan@wbsvlaw.com

***Attorneys for Defendants Fidelity & Guaranty Life Insurance Company and Raven Reinsurance Company***

3

Case 4:15-cv-00011-DGK   Document 50   Filed 12/01/15   Page 3 of 4

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this the 1st day of December 2015, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

                     /s/ *J. Michael Vaughan*

4
Case 4:15-cv-00011-DGK   Document 50   Filed 12/01/15   Page 4 of 4