UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DALE R. LUDWICK, on behalf of Herself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>HARBINGER GROUP, INC., FIDELITY & GUARANTY LIFE INSURANCE COMPANY, RAVEN REINSURANCE COMPANY, and FRONT STREET RE (CAYMAN), LTD.,<br><br>   Defendants. | Case No.: 15-00011-CV-W-DGK |

**CERTIFICATION OF SERVICE OF PLAINTIFF'S NOTICE OF DEPOSITION**

Pursuant to Local Rule 26.4, Plaintiff Dale Ludwick, by and through her counsel, hereby certifies that on January 11, 2016, she served a copy of Plaintiff's Notice of Deposition of Michael Spurbeck on the following counsel of record for Defendants:

Maeve O'Connor
Olga Kaplan Buland
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
Mloconno@debevoise.com
okbuland@debevoise.com

S. Gale Dick
Mark Spatz
Julie A. Keersmaekers
COHEN & GRESSER, LLP
800 Third Avenue
New York, NY 10022
sgdick@cohengresser.com
mspatz@cohengresser.com
jkeersmaekers@cohengresser.com

Frank A. Taylor
Julie H. Firestone
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
ftaylor@briggs.com
jfirestone@briggs.com

J. Michael Vaughan
Walters Bender Strohbehn & Vaughan, P.C.
1100 Main, Suite 2500
City Center Square
Kansas City, MO 64105
mvaughan@wbsvlaw.com

DATED: January 11, 2016

By:    /s/ Andrew S. Friedman
Andrew S. Friedman (admitted Pro Hac Vice)
Francis J. Balint, Jr. (admitted Pro Hac Vice)
2325 East Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602-274-1100
Facsimile:   602-274-1199
E-mail:  afriedman@bffb.com
E-mail:  fbalint@bffb.com

Steve W. Berman (admitted Pro Hac Vice)
Sean R. Matt (admitted Pro Hac Vice)
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Telephone:  206-623-7292
Facsimile:   206-623-0594
E-mail: steve@hbsslaw.com
E-mail: sean@hbsslaw.com

Erin Dickinson (admitted Pro Hac Vice)
Chuck Crueger (admitted Pro Hac Vice)
Hansen Reynolds Dickinson Crueger LLC
316 N. Milwaukee St., Suite 200
Milwaukee, WI  53202
Telephone:  414-273-8474
Facsimile:   414-273-8476
E-mail: edickinson@hrdclaw.com
E-mail: ccrueger@hrdclaw.com

Diane A. Nygaard (Mo. Bar No, 47240)
Kenner Nygaard DeMarea Kendall, LLC
117 W. 20th Street, Suite 201
Kansas City, MO  64108
Telephone:  816-531-3100
Facsimile:   816-531-3600
Email:  diane@kndklaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 111th day of January 2016, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

        /s/ Andrew S. Friedman
        Andrew S. Friedman