# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MISSOURI

DALE R. LUDWICK, on behalf of Herself
and All Others Similarly Situated,

        Plaintiff,

     v.

HARBINGER GROUP, INC., FIDELITY &
GUARANTY LIFE INSURANCE
COMPANY, RAVEN REINSURANCE
COMPANY, and FRONT STREET RE
(CAYMAN), LTD.,

        Defendants.

Case No.:  15-00011-CV-W-DGK

## CERTIFICATION OF SERVICE OF DISCOVERY

Pursuant to Local Rule 26.4, Plaintiff Dale Ludwick, by and through her counsel, hereby

certifies that on January 15, 2016, she served a copy of (1) Plaintiff's Responses and Objections

to Fidelity & Guaranty Life Insurance Company's First Set of Interrogatories to Plaintiff; (2)

Plaintiff's Responses and Objections to Fidelity & Guaranty Life Insurance Company's First

Request for Production of Documents to Plaintiff; and (3) Plaintiff's Responses and Objections

to Fidelity & Guaranty Life Insurance Company's First Requests for Admissions and Second Set

of Interrogatories to Plaintiff on the following counsel of record for Defendants:

| | | |
|---|---|---|
| Maeve O'Connor | Frank A. Taylor | J. Michael Vaughan |
| Olga Kaplan Buland | Julie H. Firestone | Walters Bender Strohbehn |
| Debevoise & Plimpton | Briggs and Morgan, P.A. | & Vaughan, P.C. |
| 919 Third Avenue | 2200 IDS Center | 1100 Main, Suite 2500 |
| New York, NY 10022 | 80 South Eighth Street | City Center Square |
| Mloconno@debevoise.com | Minneapolis, MN 55402 | Kansas City, MO 64105 |
| okbuland@debevoise.com | ftaylor@briggs.com | mvaughan@wbsvlaw.com |
| | jfirestone@briggs.com | |

S. Gale Dick
Mark Spatz
Julie A. Keersmaekers
COHEN & GRESSER, LLP
800 Third Avenue
New York, NY 10022
sgdick@cohengresser.com
mspatz@cohengresser.com
jkeersmaekers@cohengresser.com

DATED: January 15, 2016

By:    /s/ Andrew S. Friedman
Andrew S. Friedman (admitted Pro Hac Vice)
Francis J. Balint, Jr. (admitted Pro Hac Vice)
2325 East Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602-274-1100
Facsimile:   602-274-1199
E-mail:  afriedman@bffb.com
E-mail:  fbalint@bffb.com

Steve W. Berman (admitted Pro Hac Vice)
Sean R. Matt (admitted Pro Hac Vice)
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Telephone:  206-623-7292
Facsimile:   206-623-0594
E-mail: steve@hbsslaw.com
E-mail: sean@hbsslaw.com

Erin Dickinson (admitted Pro Hac Vice)
Chuck Crueger (admitted Pro Hac Vice)
Hansen Reynolds Dickinson Crueger LLC
316 N. Milwaukee St., Suite 200
Milwaukee, WI  53202
Telephone:  414-273-8474
Facsimile:   414-273-8476
E-mail: edickinson@hrdclaw.com
E-mail: ccrueger@hrdclaw.com

Diane A. Nygaard (Mo. Bar No, 47240)
Kenner Nygaard DeMarea Kendall, LLC
117 W. 20th Street, Suite 201
Kansas City, MO  64108
Telephone:  816-531-3100
Facsimile:   816-531-3600
Email:  diane@kndklaw.com

Attorneys for Plaintiff

-2-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 15th day of January 2016, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

/s/ Andrew S. Friedman
Andrew S. Friedman
