# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Dale R. Ludwick, on behalf of Herself and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 15-00011-CV-W-DGK<br>) |
| Harbinger Group, Inc., Fidelity & Guaranty Life Insurance Company, Raven Reinsurance Company, and Front Street Re (Cayman) Ltd., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Olga Kaplan Buland with the firm Debevoise & Plimpton, LLP on behalf of Defendants Harbinger Group, Inc., Fidelity & Guaranty Life Insurance Company, Raven Reinsurance Company, and Front Street Re (Cayman) Ltd in the above captioned civil action.

Dated: January 21, 2016

Respectfully submitted,

DEBEVOISE & PLIMPTON, LLP

By: */s/ Olga Kaplan Buland*
Olga Kaplan Buland (N.Y. Bar No. 4783551)
Maeve O'Connor (N.Y. Bar No. 3008109)
919 Third Avenue
New York, New York 10022
Tel: 212-909-6000
Fax: 212-909-6836
mloconno@debevoise.com
okbuland@debevoise.com

-and-

WALTERS BENDER STROHBEHN &
VAUGHAN, P.C.

By:  */s/ J. Michael  Vaughan*
J. Michael Vaughan (Mo. Bar No. 24989)
1100 Main, Suite 2500
City Center Square
Kansas City, MO 64105
Tel:816-421-6620, Ext. 248
Fax: 816-421-4747
mvaughan@wbsvlaw.com

***Attorneys for Defendants Fidelity &
Guaranty Life Insurance Company,
Harbinger Group, Inc., Raven Reinsurance
Company, and Front Street Re (Cayman)
Ltd.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of January 2016, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

/s/ *J. Michael Vaughan*