UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DALE R. LUDWICK, on behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>HARBINGER GROUP, INC., FIDELITY & GUARANTY LIFE INSURANCE COMPANY, RAVEN REINSURANCE COMPANY, and FRONT STREET RE (CAYMAN), LTD.,<br><br>      Defendants. | Case No.: 15-00011-CV-W-DGK |

**JOINT MOTION TO EXTEND PRETRIAL DEADLINES AND TRIAL DATE**

      Plaintiff Dale R. Ludwick and Defendants Harbinger Group, Inc. ("HRG"), Fidelity & Guaranty Life Insurance Company ("FGLIC"), Raven Reinsurance Company ("Raven"), and Front Street Re (Cayman), Ltd. ("Front Street") (collectively the "Parties"), respectfully move this Court for an order extending the pretrial deadlines and trial setting by approximately six months. This is the Parties' first request for an extension with respect to any of the pretrial deadlines in this complex putative class action. As grounds for this motion, the Parties state as follows:

      1.      After the parties completed briefing on Defendants' Motion to Dismiss for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) on June 19, 2015, the Court on July 13, 2015 entered a Scheduling and Trial Order (Doc. 37) ("Scheduling Order") establishing pretrial deadlines. Among other things, the Scheduling Order set deadlines for completion of fact discovery by June 1, 2016, and for completion of expert discovery by September 23, 2016. Scheduling Order at 1. On November 23, 2015, the Court entered an Amended Scheduling Order (Doc. 49), which set the date for the final pretrial conference on April 18, 2017, and a beginning trial date of May 15, 2017.

2. As set forth more fully below, in the months following entry of the initial Scheduling Order, the Parties have actively engaged in pretrial discovery and associated activities. However, the Parties need additional time to complete discovery in this complex case. The Parties therefore respectfully request that the Court adopt the following amended schedule, which extends the pretrial deadlines and trial setting by approximately six months:

| Event | Proposed Deadline |
| --- | --- |
| Motions to Join Additional Parties | June 25, 2016 |
| Motions to Amend Pleadings | June 25, 2016 |
| Fact Discovery Motions | November 18, 2016 |
| Fact Discovery Cutoff | December 1, 2016 |
| Motion for Class Certification | December 1, 2016 |
| Plaintiff's Expert Disclosures | January 3, 2017 |
| Defendants' Expert Disclosures | February 12, 2017 |
| Plaintiff's Expert Rebuttal Disclosures[1] | March 13, 2017 |
| Expert Discovery Motions | April 10, 2017 |
| Expert Discovery Cutoff | April 24, 2017 |
| Dispositive Motions | May 18, 2017 |
| Motions to Strike Experts | May 18, 2017 |
| Final Pretrial Conference | October 17, 2017 or such other date established by the Court. |
| Trial | November 17, 2017 or such other date established by the Court. |

---

[1] The proposed pretrial schedule adds a deadline for Plaintiff to submit expert rebuttal reports as contemplated by Fed. R. Civ. P. 26(a)(2)(D).

3. As noted, the parties have been actively engaged in pretrial discovery since the Court's initial Scheduling Order. On July 2, 2015, Plaintiff served Defendants with her first request for production of documents, consisting of approximately 150 separate requests encompassing, among other things, financial, accounting, actuarial documents and electronic data. (Doc. 35) On September 4, 2015, Defendants served objections and responses to Plaintiff's document requests and agreed to produce responsive documents on a rolling basis. (Doc. 43). The parties are currently meeting and conferring with respect to Defendants' objections in an effort to resolve their differences without the need for motion practice, and Defendants have not yet completed production of documents responsive to Plaintiff's first request for production of documents. The Parties anticipate that they will complete the meet and confer process contemplated under the Local Rule 37.1 within the next two to three weeks and that any remaining contested issues will be submitted for determination by the Court shortly thereafter.

4. To facilitate the discovery process, the Parties have engaged in discussions to agree on a Protective Order governing the production and treatment of confidential materials and an Electronic Discovery Protocol establishing procedures for the identification, collection and production of electronically stored information. The Parties have reached agreement on most terms of the proposed Protective Order and Electronic Discovery Protocol and are completing the meet and confer process in an attempt to resolve the few remaining outstanding issues. The Parties are hopeful that they will finalize the Protective Order and Electronic Discovery Protocol within the next ten (10) days and they intend to promptly request a discovery conference if they are unable to reach agreement. Finalization of the Protective Order and Electronic Discovery Protocol will permit Defendants to complete production of documents responsive to Plaintiff's initial document requests, subject to the resolution of the meet-and-confer process discussed above.

5. The Parties have engaged in additional discovery beyond Plaintiff's initial document requests. Defendant FGLIC has served Plaintiff with interrogatories, requests for admissions and a document request. Plaintiff submitted her objections and responses on January

15, 2016. In addition, Plaintiff recently served Defendants with interrogatories and a notice of deposition directed to FGLIC's current appointed actuary. Plaintiff anticipates scheduling additional depositions in the near future as Defendants produce additional documents responsive to the outstanding discovery requests.

6. The Parties also have participated in two telephonic sessions before the MAP mediator. The Parties' ability to engage in substantive settlement negotiations has been complicated by a pending proposed sale of FGLIC which, if consummated, will likely not close before May of 2016.

7. Defendants' Joint Motion to Dismiss (Doc. 23) ("Motion") currently remains pending before the Court. Under the present pretrial schedule, the deadline for amending the pleadings is January 25, 2016. The Court's order on Defendants' Motion could result in the need for Plaintiff to file an amended pleading, which could not be accomplished under the current deadlines. In addition, if Plaintiff is required to amend her Complaint based on the Court's order addressing Defendants' Motion, such amendment may impact the scope of discovery by the Parties, as well as this proposed schedule.

DATED: January 26, 2016

By: */s/Andrew S. Friedman*
Andrew S. Friedman (admitted *pro hac*)
Francis J. Balint, Jr. (admitted *pro hac*)
BONNETT FAIRBORN FRIEDMAN
& BALINT, PC
2325 East Camelback Street
Suite 300
Phoenix, AZ 85016
Tel: 602-274-1100
Fax: 602-274-1199
afriedman@bffb.com
fbalint@bffb.com

and

By: */s/S. Gale Dick w/permission*
S. Gale Dick (admitted *pro hac*)
Mark Spatz (admitted *pro hac*)
Julie A. Keersmaekers (admitted *pro hac*)
COHEN & GRESSER, LLP
800 Third Avenue
New York, NY 10022
Tel: 212-707-7263
Fax: 212-9574514
sgdick@cohengresser.com
mspatz@cohengresser.com
jkeersmaekers@cohengresser.com

***Attorneys for Defendants Harbinger Group, Inc. and Front Street Re (Cayman) Ltd.***

and

Charles J. Crueger (admitted *pro hac*)
Erin K. Dickinson (admitted *pro hac*)
HANSEN REYNOLDS DICKINSON
CRUEGER, LLC
316 North Milwaukee Street
Suite 200
Milwaukee, WI 53202
Tel: 414-273-8474
Fax: 414-273-8476
ccrueger@hrdclaw.com
edickinson@hrdclaw.com


Steve W. Berman (admitted *pro hac*)
Sean R. Matt (admitted *pro hac*)
HAGENS BERMAN SOBOL
SHAPIRO, LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
Tel: 206-623-7292
Fax: 206-623-0594
steve@hbsslaw.com


Diane A. Nygaard (Mo. Bar No. 47240)
KENNER NYGAARD DEMAREA
KENDALL, LLC
117 West 20th Street, Suite 201
Kansas City, MO 64108
Tel: 816-531-3100
Fax: 816-531-3600
diane@kndklaw.com

*Attorneys of Plaintiffs*

Frank A. Taylor (admitted *pro hac*)
Julie H. Firestone (admitted *pro hac*)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: 612- 977-8445
Fax: 612-977-8650
ftaylor@briggs.com
jfirestone@briggs.com

*Attorneys for Defendants Fidelity & Guaranty Life Insurance Company and Raven Reinsurance Company*

Maeve O'Connor (admitted *pro hac*)
Olga Kaplan Buland (admitted *pro hac*)
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, New York 10022
Tel: 212-909-6000
Fax: 212-909-6836
mloconno@debevoise.com
okbuland@debevoise.com

J. Michael Vaughan (Mo. Bar No. 24989)
WALTERS BENDER STROHBEHN &
VAUGHAN, P.C.
1100 Main, Suite 2500
City Center Square
Kansas City, MO 64105
Tel: 816-421-6620, Ext. 248
Fax: 816-421-4747
mvaughan@wbsvlaw.com

*Attorneys for Defendants Harbinger Group, Inc., Fidelity & Guaranty Life Insurance Company, Raven Reinsurance Company, and Front Street Re (Cayman) Ltd.*