UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DALE R. LUDWICK, on behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>HARBINGER GROUP, INC., FIDELITY & GUARANTY LIFE INSURANCE COMPANY, RAVEN REINSURANCE COMPANY, and FRONT STREET RE (CAYMAN), LTD.,<br><br>      Defendants. | Case No.: 15-00011-CV-W-DGK |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**

Plaintiff Dale R. Ludwick and Defendants Harbinger Group, Inc., Fidelity & Guaranty Life Insurance Company, Raven Reinsurance Company, and Front Street Re (Cayman), Ltd. (collectively the "Parties") respectfully move this Court for entry of the Parties' Stipulated Protective Order Regarding Confidential Information.

DATED: February 5, 2016        By:*/s/Andrew S. Friedman*
                                                 Andrew S. Friedman (admitted Pro Hac Vice)
                                                 Francis J. Balint, Jr. (admitted Pro Hac Vice)
                                                 235 East Camelback Road, Suite 300
                                                 Phoenix, AZ 85016
                                                 Telephone: 602-274-1100
                                                 Facsimile: 602-274-1199
                                                 E-mail: afriedman@bffb.com
                                                 E-mail: fbalint@bffb.com

Steve W. Berman (admitted Pro Hac Vice)
Sean R. Matt (admitted Pro Hac Vice)
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Telephone: 206-623-7292
Facsimile: 206-623-0594
E-mail: steve@hbsslaw.com
E-mail: sean@hbsslaw.com

Erin Dickinson (admitted Pro Hac Vice)
Chuck Crueger (admitted Pro Hac Vice)
Hansen Reynolds Dickinson Crueger LLC
316 N. Milwaukee St., Suite 200
Milwaukee, WI 53202
Telephone: 414-273-8474
Facsimile: 414-273-8476
E-mail: edickinson@hrdclaw.com
E-mail: ccrueger@hrdclaw.com

Diane A. Nygaard (Mo. Bar No. 47240)
Kenner Nygaard DeMarea Kendall, LLC
117 W. 20th Street, Suite 201
Kansas City, MO 64108
Telephone: 816-531-3100
Facsimile: 816-531-3600
Email: diane@kndklaw.com

*Attorneys for Plaintiff*

DATED: February 5, 2016    By:*/s/Maeve O'Connor*
Maeve O'Connor (admitted Pro Hac Vice)
Jarrod L. Schaeffer (admitted Pro Hac Vice)
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
Mloconnor@debevoise.com
jlschaeffer@debevoise.com

J. Michael Vaughan (Mo. Bar No. 24989)
Walters Bender Strohbehn & Vaughan, P.C.
1100 Main, Suite 2500
City Center Square
Kansas City, MO 64105
mvaughan@wbsvlaw.com

*Attorneys for all Defendants*

-2-

Frank A. Taylor (admitted Pro Hac Vice)
Julie H. Firestone (admitted Pro Hac Vice)
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
ftaylor@briggs.com
jfirestone@briggs.com

*Attorneys for Defendants Fidelity & Guaranty Life Insurance Company and Raven Reinsurance Company*

S. Gale Dick (admitted Pro Hac Vice)
Mark Spatz (admitted Pro Hac Vice)
Julie A. Kersmakers (admitted Pro Hac Vice)
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
sgdick@cohengresser.com
mspatz@cohengresser.com
jkeersmaekers@cohengresser.com

*Attorneys for Defendants Harbinger Group, Inc. and Front Street Re (Cayman), Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 5th day of February 2016, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

/s/Andrew S. Friedman
Andrew S. Friedman