# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DALE R. LUDWICK, on behalf of herself and all other similarly situated, ) ) ) Plaintiff, ) ) v. ) ) HARBINGER GROUP, INC., et al., ) ) Defendants. ) | No. 15-00011-CV-W-DGK |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.**  This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss is granted.


 February 12, 2016                 Paige Wymore-Wynn
Dated                              Acting Clerk of Court


 February 12, 2016                 /s/ Alex Francis
Entered                            (by) Deputy Clerk