# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption: Ludwick v. Harbinger Group, Inc. et al | Case No. 15-cv-00011-DGK |
|---|---|
| Appellant: **Dale R Ludwick** | Appellee: Harbinger Group, Inc. et al |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **Andrew S Friedman**<br>Bonnett Fairborn Friedman & Balint, PC<br>2325 E Camelback Street<br>Suite 300<br>Phoenix, AZ 85016<br>602-274-1100<br>Email: afriedman@bffb.com | **Frank A. Taylor**<br>Briggs and Moran PA<br>2200 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402<br>612-977-8445<br>Email: ftaylor@briggs.com |
| Court Reporter(s): | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO   64106**<br><br>Contact Person for Appeal:<br>**Willie Crespo**  816-512-5068 |

| Length of Trial: 0 | Fee:   $505 | IFP: No | Pending IFP Motion: No |
|---|---|---|---|
| Counsel: Retained | Pending Motions? No | Local Interest? **No** | Simultaneous Release? **No** |

**Special Comments:**