# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1561

Dale R. Ludwick, on behalf of Herself and All Others Similarly Situated

Appellant

v.

Harbinger Group, Inc., et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:15-cv-00011-DGK)
_____

**MANDATE**

In accordance with the opinion and judgment of 04/13/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 04, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit